# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

           Plaintiff,

v.

           No. 13-CV-10742
           Hon. Gerald E. Rosen
           Magistrate Judge Mona K. Majzoub

**CALVIN CARTER, LARON STROUD,
RAHEEN STROUD, individually and
doing business as E-FILE TAX PROS,
LLC and TAX KING**,

           Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDERING DEFENDANTS TO SHOW CAUSE AS TO WHY THEY HAVE NOT COMPLIED WITH THE COURT'S JUNE 11, 2014 ORDER COMPELLING DISCOVERY RESPONSES

This matter comes before the Court on the May 19, 2015 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub (Dkt. # 40), recommending that the Court order Defendants to show cause as to why they have not complied with the Court's June 11, 2014 Order (Dkt. # 30), which compelled Defendants' response to certain interrogatories and document requests tendered by Plaintiff. Defendants have filed no timely objections to the Magistrate Judge's

1

Report and Recommendation.  The Court has reviewed the Magistrate Judge's Report and Recommendation, as well as the Court's file of this action and concludes that, for the reasons stated in the Report and Recommendation, the Defendants shall be ordered to show cause as to why they have failed to comply.

Accordingly,

IT IS HEREBY ORDERED that Defendants shall show in person at a hearing on **Wednesday, September 02, 2015 at 3:00 pm** as to why Plaintiff's Motion for Contempt (Dkt. # 31) should not be granted.  Plaintiff shall also be present at the hearing and should be prepared to respond to Defendants' explanation.  If Defendants fail to sufficiently demonstrate cause, they shall be sanctioned in accordance with the terms described in the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**


Dated:  August 11, 2015                    s/Gerald E. Rosen
                                           Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on  August 11, 2015 by electronic and/or ordinary mail.

                                           s/Julie Owens
                                           Case Manager, (313) 234-5135